IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00350-WYD-MJW

DOROTHEA HALL; and,
PHILLIP HALL,

     Plaintiffs,

v.

WARNER CHILCOTT (US), LLC, a New Jersey Corporation; and,
NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation,

     Defendants.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. 15], filed on May 9, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal Without Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. 15], is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITHOUT PREJUDICE**.  Each party bears its own attorney fees and costs.

     DATED:  May 13, 2013.

BY THE COURT:

<u>/s/ Wiley Y. Daniel</u>
Wiley Y. Daniel,
Senior U.S. District Judge